850 A.2d 613

Frank L. MUNOZ, Petitioner,

v.

**PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.**

Supreme Court of Pennsylvania.

April 26, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2004, the petition for allowance of appeal is granted, the order of the Commonwealth Court is reversed, and the matter is remanded for recalculation of Petitioner's maximum release date, with disposition consistent with *Martin v. Pennsylvania Board of Probation and Parole,* 576 Pa. 588, 840 A.2d 299 (2003).

The Application for Special Relief Under Pa.R.A.P. 123 is denied.